

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00051-CR

_____

MICHAEL PERRY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 188th District Court
Gregg County, Texas
Trial Court No. 42,139-A

Before Morriss, C.J., Carter and Moseley, JJ.

# O   R   D   E   R

Court reporter Grelyn Freeman has filed a third request for extension of time to prepare the reporter's record in cause number 06-13-00051-CR, styled *Michael Perry v. The State of Texas*, appealed from the 188th Judicial District Court of Gregg County, Texas. The reporter's record was originally due in this case on or before June 28, 2013. It is currently due, on Freeman's second request for extension, August 28, 2013.

The Texas Rules of Appellate Procedure instruct:

> The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. The appellate court may extend the deadline to file the record if requested by the clerk or reporter. Each extension must not exceed 30 days in an ordinary or restricted appeal, or 10 days in an accelerated appeal. The appellate court must allow the record to be filed late when the delay is not the appellant's fault, and may do so when the delay is the appellant's fault. The appellate court may enter any order necessary to ensure the timely filing of the appellate record.

Tex. R. App. P. 35.3(c).

In furtherance of our responsibilities, we find we must take steps to ensure the timely filing of this appellate record.

We overrule Freeman's third request for an extension of time.

Further, we order that Freeman complete and file the reporter's record in this matter on or before September 30, 2013.

If the record is not received by September 30, we warn Ms. Freeman that we may begin contempt proceedings requiring her to show cause why she should not be held in contempt of this Court for failing to obey its order.

2

IT IS SO ORDERED.

BY THE COURT

Date:   September 11, 2013